AKRAM MAHMOUD OMAR                               CIVIL ACTION

VERSUS

U.S IMMIGRATION AND                              NO. 26-00443-BAJ-EWD
CUSTOMS ENFORCEMENT, ET AL.

## ORDER

Before the Court is Petitioner Akram Mahmoud Omar's **Emergency Motion for Status Conference Regarding Emergency Motion to Enforce (Doc. 46)**.

The Court granted Omar's habeas Petition (Doc. 1) and ordered his release from ICE custody on May 29, 2026 (the "May 29 Order," Doc. 40). The instant Motion alleges that on June 8, 2026, ICE re-detained Omar in violation of the Court's May 29 Order. In particular, and among other things, Omar asserts that ICE re-detained Omar to effectuate his removal "within hours" (Doc. 46 at 3), despite the Court's Order requiring the Government to comply with its Notice of Release mandating an "orderly departure." (Doc. 40 at 26–29). Omar's Motion also raised concerns regarding Omar's health condition and ability to travel overseas following his recent triple bypass surgery.

The Court held a Status Conference with the parties on June 8, 2026, at 3:00 P.M., which included the following participants:

| | |
|---|---|
| **Kenneth M. Mayeaux** | **Davis Rhorer** |
| Counsel for Omar | **Katherine Green** |
| | Government Counsel |

Just before the Status Conference, Omar filed an Emergency Motion to Enforce the Court's May 29 Order (Doc. 48).

During the Status Conference, the Court heard the positions of both Parties. For the reasons discussed during the Status Conference,

**IT IS ORDERED** that Omar's **Emergency Motion for Status Conference (Doc. 46)** is **GRANTED**. The Court held a Status Conference with all Counsel on June 8, 2026, at 3:00 P.M.

**IT IS FURTHER ORDERED** that U.S. Immigration and Customs Enforcement ("ICE") shall **IMMEDIATELY RELEASE** Omar from ICE custody.

**IT IS FURTHER ORDERED** that ICE shall immediately provide Omar with free access to a telephone in order to contact his family and Counsel to coordinate travel arrangements for his return home.

**IT IS FURTHER ORDERED** that ICE shall not **RE-DETAIN** or **REMOVE** Omar from the United States during the pendency of Omar's Emergency Motion to Enforce the Court's May 29 Order (Doc. 48).

**IT IS FURTHER ORDERED** that the Government shall file its response to Omar's Emergency Motion to Enforce the Court's May 29 Order (Doc. 48) on or before June 15, 2026.

**IT IS FURTHER ORDERED** that the Government shall file any travel documents or other documents including travel plans for Omar's removal as soon as possible, but no later than June 15, 2026.

**IT IS FURTHER ORDERED** that Omar shall file his Reply in support of the Emergency Motion to Enforce the Court's May 29 Order (Doc. 48) on or before June 22, 2026.

**IT IS FURTHER ORDERED** that a hearing on Omar's Emergency Motion to Enforce the Court's May 29 Order (Doc. 48) shall be **SET** on June 24, 2026, at 1:30 P.M. in Courtroom 2.

**IT IS FURTHER ORDERED** that Omar shall file any Motion to Compel the testimony of certain Government witnesses, as discussed during the Status Conference, on or before June 10, 2026. The Government shall respond to any such Motion on or before June 15, 2026.

**IT IS FURTHER ORDERED** that Counsel for the Government shall immediately inform ICE of the requirements of this Order and provide ICE with a copy of the Order.

**IT IS FURTHER ORDERED** that if Omar is still in ICE custody, ICE shall provide him with a copy of this Order.

**IT IS FURTHER ORDERED** that counsel for the Government shall file a Notice of Compliance with this Order within 24 hours.

Baton Rouge, Louisiana, this 8th day of June, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**