**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AKRAM MAHMOUD OMAR** | **CIVIL ACTION** |
| **VERSUS** | |
| **U.S IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.** | **NO. 26-00443-BAJ-EWD** |

**ORDER**

This matter is before the Court following a hearing on Petitioner Akram Mahmoud Omar's **Emergency Motion to Enforce ("Motion to Enforce," Doc. 48)** and **Motion to Order Witness Testimony and Document Production ("Motion to Compel," Doc. 57)**.

Based on the Government's representation that Omar may pursue administrative relief through a Form I-246, Application for a Stay of Deportation or Removal, and given the parties' agreement to pursue an amicable resolution of this matter, the Court will defer ruling on all pending Motions (Doc. 48; Doc. 57; Doc. 63) at this time.

Accordingly, and for the reasons stated on the record,

**IT IS ORDERED** that ICE shall not re-detain Omar pending the Court's resolution of Petitioner's Emergency Motion to Enforce (Doc. 48) and Petitioner's Motion for Order to Show Cause Why Respondent Should Not Be Held in Contempt and Sanctioned for Violating This Court's Habeas Order ("Contempt Motion," Doc. 63).

**IT IS FURTHER ORDERED** that if Omar chooses to submit a Form I-246 to ICE, he must do so within 21 days of the issuance of this Order.

**IT IS FURTHER ORDERED** that Omar shall file a Notice informing the Court whether a Form I-246 was submitted to ICE within 28 days of the issuance of this Order.

**IT IS FURTHER ORDERED** that should Omar submit a Form I-246 to ICE, Omar must also provide a copy to the Government's Counsel of Record upon filing.[1]

**IT IS FURTHER ORDERED** that should Omar seek any other form of administrative relief, he shall file a Notice to the Court and provide a copy of any application for relief to the Government's Counsel of Record.

**IT IS FURTHER ORDERED** that the Court will defer ruling on Petitioner's **Emergency Motion to Enforce (Doc. 48)**, Petitioner's **Motion to Compel (Doc. 57)**, and Petitioner's **Contempt Motion (Doc. 63)** at this time.

**IT IS FURTHER ORDERED** that Omar shall file a Motion for Status Conference within 72 hours of ICE's resolution of Omar's Form I-246, if submitted.

---

[1] Because the documents accompanying any Form I-246 will likely contain sensitive health information, they may be appropriately redacted prior to disclosure.

**IT IS FURTHER ORDERED** that the Government's deadline to respond to Omar's **Contempt Motion (Doc. 63)** is **SUSPENDED** until 14 days after the following: (1) Omar files a Notice with the Court indicating that he did not pursue a Form I-246; or (2) Omar files a Motion for Status Conference following resolution of his Form I-246.

Baton Rouge, Louisiana, this \_\_9th\_\_ day of July, 2026

**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

3